IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GARY L. OBORNY, et al.              )
                                    )
                Plaintiffs,         )
                                    )
v.                                  )        Case No.: 6:21-CV-01290
                                    )
JEFF A. MOHAJIR,                    )
                                    )
                Defendant.          )

## PLAINTIFFS' UNOPPOSED MOTION TO DISMISS

Plaintiffs move the Court to dismiss this matter, with prejudice, each party bearing their own costs. The matter has been resolved.  Counsel for Defendant has been contacted and does not oppose this Motion.

WHEREFORE, Plaintiffs prays the Court enter an order dismissing the matter with prejudice, each party to bear their own costs, and for such other relief as the Court deems just and proper.

Respectfully submitted,

/s/ James R. Jarrow
James R. Jarrow, Esq.              KS #14287
Brett M. Simon, Esq.,              KS # 27150
BAKER STERCHI COWDEN & RICE LLC
9393 West 110th Street, Suite 500
Overland Park, Kansas 66210
Telephone:     (913) 451-6774
Facsimile:     (816) 472-0288
Email: jarrow@bscr-law.com
          bsimon@bscr-law.com

ATTORNEY FOR PLAINTIFFS

1

## <u>CERTICIATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing was filed on this 15th day of February, 2022 with the Clerk of the Court via the CM/ECF filing system which sent notification of said filing to all counsel of record.

    /s/ *James R. Jarrow*