IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GARY L. OBORNY, et al.                  )
                                        )
                Plaintiffs,             )
                                        )
v.                                      )     Case No.: 6:21-CV-01290
                                        )
JEFF A. MOHAJIR,                        )
                                        )
                Defendant.              )

## **ORDER**

The Court grants Plaintiffs' Unopposed Motion to Dismiss (Doc.#12). Plaintiffs' Complaint is dismissed, with prejudice, each party to bear their own costs.

IT IS SO ORDERED.


Dated: February 15, 2022              s/  Toby Crouse
                                      Judge Toby Crouse

1